UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,

v.

JEFFREY MARC RABINOVICI,
STEVEN RABINOVICI, SHARON
RABINOVICI, and WASHINGTON
MUTUAL SAVINGS BANK,

                    Defendants.
---------------------------------------------------------X

Civil Action No.: 12-cv-613 DRH/ETB
Judge: Hurley

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N Y
★ APR 2_ 2012 ★
LONG ISLAND OFFICE

## CLERK'S CERTIFICATE NOTING DEFAULTS
## OF DEFENDANTS STEVEN RABINOVICI AND SHARON RABINOVICI

I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that: (1) the defendants, STEVEN RABINOVICI and SHARON RABINOVICI, were served with summonses and copies of the complaint, on March 7, 2012, proofs of service of which were filed with the Court on April 23, 2012.

I further certify that the docket entries indicate that defendants STEVEN RABINOVICI and SHARON RABINOVICI, have not filed an answer or otherwise moved with respect to the complaint herein. The defaults of STEVEN RABINOVICI and SHARON RABINOVICI are hereby noted.

Dated: April 26, 2012
Central Islip, New York

                                        Douglas C. Palmer
                                        Clerk of the Court
                                        BY: /s/ LAURA RIOS
                                        DEPUTY CLERK
                                        By:_____
                                            Deputy Clerk