# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
834 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4449

BEFORE: **E. THOMAS BOYLE, U.S.M.J.**　　　DATE: DECEMBER 12, 2012
　　　　　　　　　　　　　　　　　　　　　TIME: 1:30 P.M.

　　　　　　　　　　　　　　　　　　　　　ASSIGNED JUDGE: HURLEY

DOCKET NO.: **12-CV-613**
CASE NAME: **UNITED STATES OF ...**

/S/ E. THOMAS BOYLE, MJ

CIVIL CONFE[RENCE] ...ONE F/C

APPEARANCES:　Plaintiff:　　　　　　　　　Defendant

No appearance　　　　　　　　　No appearance
No communication　　　　　　　 No communication
with the court　　　　　　　　　with the court

The final conference is rescheduled to December 18, 2012 at 10:30 a.m. Counsel shall appear along with any pro se party defendant.

So ordered.

/s/ ETB