UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                 Plaintiff,                    ORDER

                -against-                    CV 12-613 (DRH) (ETB)

JEFFREY MARC RABINOVICI, STEVEN
RABINOVICI, SHARON RABINOVICI, and
WASHINGTON MUTUAL SAVINGS BANK,

                               Defendants.
----------------------------------------------------------------------X

       The pro se defendant, although in default in this action, is precluded from testifying at any trial or offering any affidavits in support of any dispositive motion unless he submits to a deposition at the place noticed by the government at a mutually agreed date and time during the week of January 14, 2013.

       I note that the pro se named defendant Steven Rabinovici was directed to appear at the proceeding today and has failed to comply.  Mr. Rabinovici left a voice message on December 17, 2012 indicating that he had just been notified and that he was "out of town" and would not appear.  He is cautioned that any future violation of the orders of the court will expose him to sanctions, including contempt of court.

       The defendant Jeffrey Rabinovici shall comply with the government's demand for bank records within ten (10) business days.

       The government is directed to serve a copy of this Order on the pro se defendant upon receipt.


**SO ORDERED:**

Dated: Central Islip, New York
       December 18, 2012            /s/ E. Thomas Boyle_____
                               E. THOMAS BOYLE
                               United States Magistrate Judge